IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KESHEANNA JACKSON                                                    PLAINTIFF

v.                       No. 2:14-cv-125-DPM

NORAC, INC.
d/b/a Norac Additives                                                DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice. Norac, Inc. is entitled to its reasonable costs as allowed by Rule 54(d).

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2016